UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RYAN UMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-1045 |
| | ) | |
| vs. | ) | Judge Joe Billy McDade |
| | ) | |
| CITY OF PEORIA, et al., | ) | Magistrate Jonathan E. Hawley |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION FOR A HEARING CONCERNING A DISCOVERY DISPUTE**

NOW COME the Defendants, CITY OF PEORIA, MICHAEL SCALLY, LOREN MARION, and BRADFORD VENZON by and through their attorneys, MICHAEL D. BERSANI and YORDANA J. WYSOCKI of HERVAS, CONDON & BERSANI, P.C., and, pursuant to Magistrate Judge Jonathan Hawley's Standing Orders, move for a hearing concerning a discovery dispute. In support of this motion, Defendants state the following:

1. The parties have a dispute concerning Plaintiffs' depositions which have been scheduled and cancelled three times since September of 2020 to the present date.

2. Undersigned defense counsel has previously conferred with Plaintiff's former counsel, Celeste Stack, on this issue through numerous phone calls and written correspondences from August through November 2020, and defense counsel believed that a resolution had been reached when the parties agreed last November that Plaintiff Umberger's deposition would take place on January 12, 2021.

3. On January 5, 2020, Ms. Stack emailed defense counsel unilaterally cancelling Plaintiff's deposition for the third time.

4. Undersigned defense counsel has emailed Ms. Stack and Plaintiff's current counsel, Andrew Hale, demanding the rescheduling of the deposition by the end of the month

because of the upcoming fact discovery cutoff. Defense counsel also reached out to Mr. Hale via phone call and left a voicemail.

5. Ms. Stack and Mr. Hale have yet to return defense counsel's email or voicemail.

WHEREFORE, Defendants request that this Court grant them a hearing concerning a discovery dispute.

                                                                                 s/ Michael D. Bersani
MICHAEL D. BERSANI, Bar # 06200897
YORDANA WYSOCKI, Bar # 06290678
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com
ywysocki@hcbattorneys.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| RYAN UMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-1045 |
| | ) | |
| vs. | ) | Judge Joe Billy McDade |
| | ) | |
| CITY OF PEORIA, et al., | ) | Magistrate Jonathan E. Hawley |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I electronically filed the foregoing *Defendants' Motion for a Hearing Concerning a Discovery Dispute* with the Clerk of the U.S. District Court for the Central District of Illinois, using the CM/ECF system, which will send notification to the following CM/ECF participants:

**TO:** Mr. Andrew MacDonald Hale
Hale Law LLC
53 W. Jackson Blvd., Ste. 330
Chicago, IL 60604
ahale@ahalelaw.com

        **s/ Michael D. Bersani**
        MICHAEL D. BERSANI, Bar # 06200897
        YORDANA WYSOCKI, Bar # 06290678
        *Attorneys for Defendants*
        HERVAS, CONDON & BERSANI, P.C.
        333 Pierce Road, Suite 195
        Itasca, IL 60143-3156
        Phone: 630-773-4774
        Fax: 630-773-4851
        mbersani@hcbattorneys.com
        ywysocki@hcbattorneys.com