**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| RYAN UMBERGER | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 19-cv-1045 |
| | ) | |
| vs. | ) | Judge James E. Shadid |
| | ) | |
| CITY OF PEORIA, et al., | ) | Magistrate Jonathan E. Hawley |
| | ) | |
| Defendants. | ) | |
| | ) | |
| *Consolidated with* | ) | |
| | ) | |
| ERYN M. PEARSON | ) | Case No. 18-cv-1452 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| CITY OF PEORIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME**
**TO COMPLETE FACT DISCOVERY**

NOW COME the Plaintiffs, RYAN UMBERGER and ERYN M. PEARSON, by and through their attorney, ANDREW M. HALE of HALE & MONICO, LLC, and Defendants, CITY OF PEORIA, JERRY MITCHELL, MICHAEL SCALLY, LOREN MARION, LISA SNOW, BRADFORD VENSON and TODD GREEN, by and through their attorneys, MICHAEL D. BERSANI and YORDANA WYSOCKI of HERVAS, CONDON & BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 6(b), move this Honorable Court to extend the time to complete fact discovery. In support of this motion, the parties state as follows:

1. Fact discovery is currently set to close on April 1, 2021.

2. The parties have completed the depositions of Plaintiffs Ryan Umberger and Eryn Pearson, and two fact witnesses.

3. Plaintiff has issued additional written discovery requests to which responses are due by March 31, 2021, by agreement of the parties.

4. The Plaintiffs are in the process of scheduling additional depositions, including the depositions of the individual Defendants.

5. Rule 6(b) requires "good cause" for an extension of time. *See* Fed. R. Civ. P. 6(b). Rule 16(b)(4) requires good cause to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

6. Such "good cause" is warranted here. The parties agree that an additional 30 days are needed to complete fact discovery.

7. The parties request that Discovery be extended until May 1, 2021.

8. This Court has scheduled a dispositive motion deadline (7/1/21), pretrial conference (11/12/21), and trial date (set 12/31/21); therefore, an extension of time to complete discovery will not affect these dates.

9. The requested extension is in no way designed to prejudice or inconvenience any party to this action. Further, no harm or prejudice will inure to any party of this action as a result of granting this motion.

For the foregoing reasons, the parties respectfully request that this Honorable Court grant them an extension until May 1, 2021, to complete fact discovery.

Respectfully submitted,

**s/Andrew M. Hale**
ANDREW S. HALE
Attorney for the Plaintiff
Hale & Monico, LLC
HALE & MONICO, LLC
53 W. Jackson Blvd., Ste. 330
Chicago, IL  60604
Ph.:  312-341-9646
andy@halemonico.com


**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
YORDANA J. WYSOCKI, ARDC No. 06290678
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774        F: 630-773-4851
mbersani@hcbattorneys.com
ywysocki@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| RYAN UMBERGER | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 19-cv-1045 |
| | ) | |
| vs. | ) | Judge Joe Billy McDade |
| | ) | |
| CITY OF PEORIA, et al., | ) | Magistrate Jonathan E. Hawley |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 26, 2021,** I electronically filed the foregoing ***Defendants' Agreed Motion for Extension of Time to Complete Fact Discovery*** with the Clerk of the District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, which will send notification to the following CM/ECF participants:

**TO:** Mr. Andrew MacDonald Hale
Hale Monico LLC
53 W. Jackson Blvd., Ste. 330
Chicago, IL  60604
Ph.: 312-341-9646
andy@halemonico.com

          **s/ Michael D. Bersani**
          MICHAEL D. BERSANI, ARDC No. 06200897
          YORDANA J. WYSOCKI, ARDC No. 06290678
          *Attorneys for Defendants*
          HERVAS, CONDON & BERSANI, P.C.
          333 W. Pierce Road, Suite 195
          Itasca, IL 60143-3156
          P: 630-773-4774   F: 630-773-4851
          mbersani@hcbattorneys.com
          ywysocki@hcbattorneys.com