**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| RYAN UMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-1045 |
| | ) | |
| vs. | ) | Judge James E. Shadid |
| | ) | |
| CITY OF PEORIA, et al., | ) | Magistrate Jonathan E. Hawley |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**AGREED MOTION FOR AN EXTENSION OF TIME**

Plaintiff, Ryan Umberger, by and through undersigned counsel, hereby requests an order extending the time for the filing of their reply to Defendants' Summary Judgment Motion to September 15, 2021. In support of this motion, the Plaintiff states as follows:

1. The Defendants filed their Summary Judgment motion on July 19, 2021.

2. Prior to filing, Defendants' also requested two time extensions and a page limit extension, all unopposed by Plaintiff.

3. Defendants' Summary Judgment motion in this instant case is 58 pages in length.

4. Plaintiff has been diligently working on responding. However, additional time is needed to complete the reply. Since the Defendants filed their motion, the firm has been working on transitioning staff back into the office, but new COVID concerns have delayed and frustrated the transition.

5. Therefore, the extension is respectfully requested to finish the research, drafting, and proofing of the Plaintiffs' response.

6. Accordingly, Plaintiff respectfully requests an extension to September 15, 2021 to file their reply briefs in this case.

7. Counsel for Plaintiffs has conferred with Defendants' counsel and Defendants' counsel is not opposing the request for an extension to September 15, 2021 for Plaintiff Umberger to file their responses.

WHEREFORE, the Plaintiff respectfully request that this Honorable Court extend the time for the filing and response to the Summary Judgment motion to September 15, 2021.

Respectfully submitted,

*/s/ Andrew M. Hale*
One of the Attorneys for Plaintiff
ARDC #6197786

Andrew M. Hale
Hale & Monico LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604
Phone (312) 341-9646
Fax (312) 341-9656
andy@halemonico.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Andrew M. Hale